# PECHMAN LAW GROUP PLLC
## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

August 6, 2026

**VIA ECF**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *Medrano et al. v. Cherokee Contracting Inc. et al.*
    No. 2:26 Civ. 2700 (AYS)

Dear Judge Shields:

   We represent Plaintiffs Carlos Medrano and Gepherson Menendez in the above matter and write jointly with counsel for Defendants to advise that the parties are engaged in discussions regarding participation in a mediation prior to the initial conference scheduled in this matter for October 6, 2026. The parties therefore respectfully request that the Court enter an order referring this case to mediation pursuant to Local Civil Rule 83.8, with the parties to select a mediator from the EDNY mediation panel and mediation to be completed by September 30, 2026.

   We thank the Court for its time and consideration.

           Respectfully submitted,

           Galen C. Baynes

cc: Counsel of Record via ECF